DEBORAH M. SMITH
Acting United States Attorney

ROBERT J. WARREN
Special Assistant U.S. Attorney
Headquarters, United States Army Garrison, Fort Greely
P.O. Box 31269
Fort Greely, Alaska  99731
Telephone: (907) 873-0420
Fax:(907) 873-4055
Email: robert.warren11@us.army.mil]

Attorneys for The United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff  v.  **ERIC T. ROSE**,  Defendant. | Case Number:  **COUNT ONE**  Assault    Violation of 18 USC Sec 113 (a) (5)  **COUNT TWO**  Assault    Violation of 18 USC Sec 113 (a) (4) |

# I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

That on or about the 23rd day of December, 2005, at Fort Greely, Alaska, a military reservation in the District of Alaska, acquired for the use of the United States and under the concurrent jurisdiction thereof, the defendant, ERIC T. ROSE,

did unlawfully ASSAULT his wife in violation of Title 18, United States Code, § 113(a)(5).

## COUNT TWO

That on or about the 25th day of February, 2005, at Fort Greely, Alaska, a military reservation in the District of Alaska, acquired for the use of the United States and under the concurrent jurisdiction thereof, the defendant, ERIC T. ROSE, did unlawfully ASSAULT his wife, by striking and wounding her, all in violation of Title 18, United States Code, § 113(a)(4).

Dated this 2nd day of March, 2006, at Fort Greely, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Robert J. Warren
ROBERT J. WARREN
Special Assistant U.S. Attorney
Headquarters, United States Army Garrison, Fort Greely
P.O. Box 31269
Fort Greely, Alaska  99731
Telephone: (907) 873-0420
Fax:(907) 873-4055
Email: robert.warren11@us.army.mil
AK Bar #0409050