AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 4:06-cr-00013-TWH |
| ERIC T. ROSE | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska  99701-6283 | 326 |
| Before: TERRANCE W HALL | Date and Time<br>April 21, 2006 at 10:00 a.m. |

To answer a(n)
[] Indictment   [X] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 113(a)(5)
Title 18 United States Code, Section(s) 113(a)(4)

Brief description of offense:
ASSAULT

Ida Romack, Clerk of Court
Signature of Issuing Officer

by _____ Deputy Clerk
Name and Title of Issuing Officer

March 8, 2006 Fairbanks, Alaska
Date and Location

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

Eric T. Rose                                         4:06-cr-0013-TWH

**RETURN OF SERVICE**

Service was made by me on:[1]     Date
                                  08 Mar 06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Conference room, Building 609,
US Army Garrison, FT. Greely, AK

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 08 Mar 06          Randy Johnson
            Date                Name of United States Marshal

                                Joseph R. Stottlemyer / Joseph R. Stottlemyer
                                (by) Deputy United States Marshal
                                Investigator
                                Fort Greely Police

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.