**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


 UNITED STATES OF AMERICA    v.   ERIC T. ROSE 

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                              CASE NO.  4:06-cr-000130-TWH 

CAROLYN BOLLMAN 


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: May 17, 2006


        Counsel for the government has informally notified the
court that he will not be in Fairbanks on Thursday, May 18, 2006,
and would like to appear telephonically with the Status/Trial
Setting Conference at 10:45 a.m.

        Case management has contacted defense counsel, who has
no objection.

        Defendant and counsel will be present in courtroom 2,
and counsel for the government is directed to call Meet-Me-Bridge
"B" for telephonic participation.

[]{IA.WPD*Rev.12/96}