M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>ERIC T. ROSE,<br><br>                    Defendant. | Case No. 4:06-cr-0013-TWH<br><br>**MOTION FOR JURY TRIAL** |

       Defendant, Eric T. Rose, by and through counsel M. J. Haden, Staff Attorney, moves this court for a trial by jury in regards to the charges currently pending before this court.  This motion is made pursuant to the Due Process clause of the Fifth Amendment and the right to trial by jury as stated in the Sixth Amendment and is supported by the attached memorandum of law.

DATED this 17th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 17, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Robert J. Warren, Esq.

/s/ M. J. Haden