UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>ERIC T. ROSE,<br><br>                  Defendant. | Case No. 4:06-cr-0013-TWH<br><br>**PROPOSED<br>ORDER GRANTING JURY TRIAL** |

       After due consideration of defendant's Motion for Jury Trial, the court GRANTS/DENIES the motion. Trial in this matter shall be by jury.

       DATED _____, 2006, in Anchorage, Alaska.

                                                                 _____
                                                                       Terrance W. Hall
                                                               United States Magistrate Judge