M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>       vs.<br><br>ERIC T. ROSE,<br><br>                              Defendant. | Case No. 4:06-cr-0013-TWH<br><br>**MOTION ON SHORTENED TIME TO WITHDRAW DEFENDANT'S MOTION FOR JURY TRIAL** |

Defendant, Eric T. Rose, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to allow defendant to withdraw his motion for a jury trial filed at docket number 11 and his memorandum in support of said motion filed at docket number 12.  Withdrawal of this motion is appropriate because the parties have reached a negotiated disposition in this case, making the need for a trial, whether jury or bench, moot.

DATED this 24th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 24, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Robert J. Warren, Esq.

/s/ M. J. Haden