UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ERIC T. ROSE,<br><br>                Defendant. | Case No. 4:06-cr-0013-TWH<br><br>**PROPOSED<br>ORDER RE WITHDRAWAL OF<br>MOTION FOR JURY TRIAL** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion to withdraw the Motion for Jury Trial and Memorandum in Support of Defendant's Motion for Jury Trial filed at docket numbers 11 and 12, the court hereby GRANTS the motion. Defendant's motion for jury trial is hereby withdrawn.

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge