M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>ERIC T. ROSE,<br><br>                 Defendant. | Case No. 4:06-cr-0013-TWH<br><br>**NOTICE OF<br>INTENT TO CHANGE PLEA** |

        Defendant, Eric T. Rose, by and through counsel M. J. Haden, Staff Attorney, hereby notifies the court of his intent to change his plea in the above-styled case.  The parties have reached the following resolution:

- Mr. Rose will plead guilty to a superceding information charging him with two counts of Disorderly Conduct in violation of Alaska Stat. § 11.61.110(6) as assimilated into federal law pursuant to 18 U.S.C. § 13.

- As to the first count of the superceding information, the parties agree that Mr. Rose will receive one year of probation with the special conditions that he participate in marriage, mental health, and anger management counseling

- as directed by the United States Probation Department. In addition, Mr. Rose agrees to participate in substance abuse counseling as directed by the Probation Department.

- As to count two of the superceding information, the parties agree that Mr. Rose is to serve a period of 10 days incarceration.

- The parties agree that Mr. Rose does not have the financial ability to pay a fine, but must pay the mandatory special assessment of $5 per count as required by 18 U.S.C. § 3013.

Mr. Rose asks that the court utilize the May 31, 2006, 11:00 a.m. time currently set aside for a status conference as a change of plea hearing.

DATED this 24th day of May

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 24, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Robert J. Warren, Esq.

/s/ M. J. Haden