DEBORAH M. SMITH
Acting United States Attorney

ROBERT J. WARREN
Special Assistant U.S. Attorney
Headquarters, United States Army Garrison, Fort Greely
P.O. Box 31269
Fort Greely, Alaska  99731
Telephone: (907) 873-0420
Fax:(907) 873-4055
Email: robert.warren11@us.army.mil

Attorneys for The United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff<br><br>    v.<br><br>**ERIC T. ROSE**,<br><br>    Defendant. | Case Number:  4:06-cr-00013-TWH<br><br>**COUNT ONE**<br>Disorderly Conduct<br><br>Violation of AS 11.61.110 (a)(6) and 18 U.S.C. 13<br><br>**COUNT TWO**<br>Disorderly Conduct<br><br>Violation of AS 11.61.110 (a)(6) and 18 U.S.C. 13 |

## S U P E R S E D I N G  I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

That on or about the 23rd day of December, 2005, at Fort Greely, Alaska, a military reservation in the District of Alaska, acquired for the use of the United States and under the concurrent jurisdiction thereof, the defendant, ERIC T. ROSE, did unlawfully commit the

offense of Disorderly Conduct when he recklessly created a hazardous condition for others by an act which had no legal justification or excuse in violation of Alaska Statutes § 11.61.110 (a)(6) and 18 U.S.C. 13.

## COUNT TWO

That on or about the 25th day of February, 2006, at Fort Greely, Alaska, a military reservation in the District of Alaska, acquired for the use of the United States and under the concurrent jurisdiction thereof, the defendant, ERIC T. ROSE, did unlawfully commit the offense of Disorderly Conduct when he recklessly created a hazardous condition for others by an act which had no legal justification or excuse in violation of Alaska Statutes § 11.61.110 (a)(6) and 18 U.S.C. 13.

Dated this 31st day of May, 2006, at Fort Greely, Alaska.

DEBORAH M. SMITH
Acting United States Attorney


s/Robert J. Warren
ROBERT J. WARREN
Special Assistant U.S. Attorney
Headquarters, United States Army Garrison, Fort Greely
P.O. Box 31269
Fort Greely, Alaska  99731
Telephone: (907) 873-0420
Fax:(907) 873-4055
Email: robert.warren11@us.army.mil
AK Bar #0409050