M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 4:06-cr-0013-TWH |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION ON SHORTENED TIME TO VACATE DETENTION HEARING** |
| ERIC T. ROSE, | |
| Defendant. | |

Defendant, Eric T. Rose, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to vacate the detention hearing currently scheduled for Wednesday, August 30, 2006, in the above-styled case.  This motion is being filed in conjunction with Mr. Rose's motion to reschedule his sentencing.  This motion is unopposed by SAUSA Robert Warren and is based upon the attached affidavit of counsel.

DATED this 17th day of August 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on August 17, 2006,
a copy of the foregoing document,
with attachments, was served electronically
on:

Robert J. Warren, Esq.

/s/ M. J. Haden