M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>ERIC T. ROSE,<br><br>               Defendant. | Case No. 4:06-cr-0013-TWH<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO RESCHEDULE SENTENCING** |

       Defendant, Eric T. Rose, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to reschedule the sentencing in the above-styled case. The imposition of sentencing hearing is currently set for Friday, September 8, 2006.  Mr. Rose requests that his sentencing be rescheduled for September 1, 2006, after 1:00 p.m.

       This motion is unopposed by Special Assistant United States Attorney Robert Warren so long as the sentencing is scheduled after 1:00 p.m. as he is unavailable before that time.  In addition, SAUSA Warren requests that he be allowed to participate telephonically.

The basis for this motion is set forth in the attached affidavit fo counsel.

DATED this 17th day of August 2006.

>Respectfully submitted,
>
>FEDERAL PUBLIC DEFENDER
>FOR THE DISTRICT OF ALASKA
>
>/s/ M. J. Haden
>Staff Attorney
>Georgia Bar No. 316531
>601 West 5th Avenue, Suite 800
>Anchorage, AK  99501
>Ph:  (907) 646-3400
>Fax:  (907) 646-3480
>mj_haden@fd.org

Certification:
I certify that on August 17, 2006,
a copy of the foregoing document,
with attachments, was served
electronically on:

Robert J. Warren, Esq.

/s/ M. J. Haden