UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ERIC T. ROSE,<br><br>        Defendant. | Case No. 4:06-cr-0013-TWH<br><br>ORDER |

After due consideration of defendant's *Unopposed Motion on Shortened Time to Vacate Detention Hearing*, the court GRANTS/~~DENIES~~ the motion. The detention hearing currently scheduled for Wednesday, August 30, 2006, is hereby VACATED.

DATED  18 August 2006 , ~~2006~~, in Fairbanks, Alaska.

_____
TERRANCE W. HALL
UNITED STATES MAGISTRATE JUDGE