UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC T. ROSE,<br><br>Defendant. | Case No. 4:06-cr-0013-TWH<br><br>ORDER |

After due consideration of defendant's Unopposed Motion on Shortened Time to Reschedule Sentencing, the court GRANTS/~~DENIES~~ the motion. The sentencing hearing currently set for September 8, 2006, at 9:00 a.m. is hereby vacated. Sentencing is rescheduled for Friday, September 1, 2006, at 1:00 p.m.

DATED August 18, 2006, in ~~Anchorage~~ Fairbanks, Alaska.

_____
TERRANCE W. HALL
UNITED STATES MAGISTRATE JUDGE