M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ERIC T. ROSE,<br><br>                    Defendant. | Case No. 4:06-cr-0013-TWH<br><br>**SECOND UNOPPOSED MOTION ON SHORTENED TIME TO RESCHEDULE SENTENCING HEARING** |

Defendant, Eric T. Rose, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to reschedule the sentencing in the above-styled case. The imposition of sentencing hearing currently is set for Friday, September 1, 2006. Mr. Rose requests that his sentencing be rescheduled to Wednesday, August 30, 2006.

This motion is unopposed by Special Assistant United States Attorney Robert J. Warren, with the stipulation that the court will accept his sentencing memorandum as late filed should the date be moved up. The basis for this motion is set forth in the attached affidavit of counsel.

DATED this 23rd day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 23, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Robert J. Warren, Esq.

/s/ M. J. Haden