UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ERIC T. ROSE,<br><br>                Defendant. | Case No. 4:06-cr-0013-TWH<br><br>**PROPOSED<br>ORDER RESCHEDULING<br>SENTENCING HEARING** |

       After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

       After due consideration of defendant's Second Unopposed Motion to Reschedule Sentencing Hearing, the court GRANTS the motion. The sentencing hearing in the above styled case currently set for September 1, 2006 at 1:00 p.m., is hereby vacated. The sentencing hearing is rescheduled for Wednesday, August 30, 2006, at _____ a.m./p.m.

       DATED _____, 2006, in Fairbanks, Alaska.

                                                        _____
                                                           Terrance W. Hall
                                             United States Magistrate Judge