M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>ERIC T. ROSE,<br><br>             Defendant. | Case No. 4:06-cr-0013-TWH<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA        )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

        M. J. Haden, being first duly sworn upon oath, deposes and states:

        1.      I am the attorney in the above-captioned case.

        2.      At the current time, the sentencing in the above-styled case is set for Friday, September 1, 2006.  Mr. Rose requested that his sentencing be scheduled for September 1, 2006, to accommodate his work schedule.  If Mr. Rose is sentenced on September 1, 2006, and if the court accepts the agreement of the parties and imposes a

sentence of 10 days, Mr. Rose would be released from custody on Sunday, September 10, 2006.  Mr. Rose normally is off work on Sunday.

3.    Unfortunately, Mr. Rose has just been informed by his superiors that he must be present at work on Sunday, September 10, 2006, in order to start a new training assignment.  If he is not present, he will not be allowed the opportunity to participate in the training program.  The training program is vital to his job assignment.

4.    Thus, Mr. Rose respectfully requests that his sentencing hearing be re-scheduled for Wednesday, August 30, 2006.

5.    Undersigned spoke with Special Assistant United States Attorney Robert Warren.  He is unopposed to this motion, with the stipulation that the court will accept his sentencing memorandum as late filed should the date be moved up.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

M. J. Haden

SUBSCRIBED AND SWORN to before me this 23rd day of August, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

Notary Public in and for Alaska
My Commission Expires: 3/14/2007

2