NELSON P. COHEN
United States Attorney

ROBERT J. WARREN
Special Assistant U.S. Attorney
Headquarters, United States Army Garrison, Fort Greely
P.O. Box 31269
Fort Greely, Alaska  99731
Telephone: (907) 873-0420
Fax:(907) 873-4055
Email: robert.warren11@us.army.mil

Attorneys for The United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     Plaintiff<br><br><br>     v.<br><br><br>**ERIC T. ROSE**,<br><br>     Defendant. | **Case Number:** 4:06-cr-00013-TWH<br><br>GOVERNMENT'S SENTENCING MEMORANDUM |

COMES NOW, the United States of America, by and through undersigned counsel, and submits its sentencing memorandum concerning defendant, ERIC T. ROSE, as follows:

I.   The government has no objection to the Presentence Investigation Report (PSR). The PSR properly states the maximum confinement authorized for violation of AS 11.61.110(a)(6) as 10 days along with a $2000.00 fine for each count.

II.  The convictions in the present case reflect violation of Alaska Statutes.  Based on the commentary in U.S.S.G. Section 1B1.9, a class C misdemeanor is any offense for which the maximum authorized term of imprisonment is more than 5 days but not more than thirty days; an infraction is any offense for which the authorized term of imprisonment is not more than five

days.  Furthermore, U.S.S.G. Section 1B1.9 states that the sentencing guidelines do not apply to any count of conviction that is a Class B or C misdemeanor or infraction.

III.    The government anticipates that there will be no objections to the PSR and both parties will request that the court accept the contemplated sentence set forth in the plea agreement.

IV.    The government does not foresee the need to present evidence at sentencing unless in response to matters raised by the defense.


Dated this 24th day of August, 2006, at Fort Greely, Alaska.

> NELSON P. COHEN
> United States Attorney
>
>
> s/Robert J. Warren
> ROBERT J. WARREN
> Special Assistant U.S. Attorney
> Headquarters, United States Army Garrison, Fort Greely
> P.O. Box 31269
> Fort Greely, Alaska  99731
> Telephone: (907) 873-0420
> Fax:(907) 873-4055
> Email: robert.warren11@us.army.mil
> AK Bar #0409050