M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>     vs.<br><br>ERIC T. ROSE,<br><br>                  Defendant. | Case No. 4:06-cr-0013-TWH<br><br>**DEFENDANT'S SENTENCING<br>MEMORANDUM** |

Defendant, Eric T. Rose, by and through counsel M. J. Haden, Staff Attorney, submits the following sentencing memorandum to aid the court at the sentencing hearing in the above-styled case, currently scheduled for Wednesday, August 30, 2006.

Mr. Rose has entered a plea of guilty to two counts of disorderly conduct in violation of Alaska Stat.§ 11.61.110(a)(6) as assimilated into federal law pursuant to 18 U.S.C. § 13.  There are no unresolved issues in the pre-sentence report and the sentencing guidelines do not apply.  Although there is no written plea agreement, the parties have verbally agreed to the following disposition:

- Count One–Mr. Rose will receive one year of probation with the special conditions that he participate in marriage, mental health, and anger management counseling, as well as, substance abuse counseling as directed by the United States Probation Department.

- Count Two–Mr. Rose will serve a 10 day period of incarceration at the Fairbanks Correctional Center.

- Mr. Rose is to pay a special assessment of $5 per count.

- The parties agree that Mr. Rose does not have the ability to pay a fine.

The offense conduct in this case took place in December 2005 and February 2006. As documented by the pre-sentence report, since that time Mr. Rose has participated in a number of counseling programs in an effort to improve his home life, his marriage, and his personal temperament. Attachment A. Mr. Rose has made tremendous progress by way of these various programs and will continue to participate in counseling to ensure that his marriage grows stronger and healthier.

Given the above factors, Mr. Rose contends that the above disposition is a reasonable and just resolution in this case. The parties are in agreement that the proposed sentence is an adequate sentence under the factors taken into consideration pursuant to 18 U.S.C. § 3553(a), in that the sentence is sufficient but not greater than necessary to protect the public, reaffirm social norms, provide for deterrence to the defendant and others, and provide an opportunity for rehabilitation and further counseling. Mr. Rose respectfully requests that the court honor the agreement of the parties and impose the agreed upon sentence.

2

DATED this 25th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 25, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Robert J. Warren, Esq.

/s/ M. J. Haden