*Michael J. Magowan, L.M.F.T.*

Box 81611, Fairbanks, Alaska 99708         Counseling Services                      (907) 452-6522

April 15, 2006

To Whom It May Concern;

I met with Eric Rose and Jodi Rose in separate individual counseling sessions on 3/10/06. We have met for couples counseling sessions on 3/17, 3/24, 3/31, 4/7, and 4/14/06. We have a couples counseling appointment set for 5/5/06 after I return from a trip. Mr. Rose has completed a Parenting class, two Dealing With Conflict classes, a Healthy Communication class, a Stress Management class, and an Army Substance/Alcohol Abuse Program class, all conducted on Fort Wainwright. Mr. and Ms. Rose are signed up together for a Self Esteem class and a Healthy Communication class this coming week, also on Fort Wainwright. It is very clear Mr. and Ms. Rose are motivated to explore and improve their relationship. Contact restrictions by the military are being incrementally removed to help facilitate this process. Now is the most therapeutically powerful time for them to do this work.

In my opinion, the ideal outcome is that the military gets back a good soldier and the community gets back a healthier family, which is based upon Mr. and Ms. Rose building a stronger and healthier marriage/partnership. I believe this is highly probable. I would hope that the legal proceedings could be supportive of, and compatible with, this probable outcome. To this end, I recommend that the charges be dropped. If that is impossible, I would encourage the court to find a way to insure there is an outside presence (counseling and chain of command) to monitor progress and safety without restricting Mr. Rose's ability to regain his original job status and without restricting the family's ability to stay intact and move on together.

Sincerely;

Michael J. Magowan, LMFT
Licensed Marital and Family Therapist
907-452-6522

March 29, 2006

Captain Lyle Ward
United States Army
Fort Greeley, AK

RE: Rose, Eric

I have met with Eric Rose and Jodi Rose in individual counseling on 3/10/06, and as a couple on 3/17/06 and 3/24/06. We have a couples appointment set for 3/31/06 and the intention is to continue couples counseling beyond that. Mr. Rose completed a Parenting class, a Healthy Communications class, and a Dealing With Conflict class on Fort Wainwright. He has signed up for an upcoming two day class on Anger Management, and intends to attend future classes in Stress Management and Esteem, also on Fort Wainwright. This clearly indicates motivation on Mr. Rose's part to understand and deal with these recent events. My impression is that Ms. Rose is equally motivated and recognizes the need for taking these events seriously, and it would be extremely valuable if she could attend these upcoming classes with Mr. Rose.

Mr. and Ms. Rose's descriptions of the events during individual sessions were quite similar. Ms. Rose clearly stated she had no fear for her physical safety. It is my initial impression that both these events were products of stress, alcohol, bad timing, and a significant difference in the way each partner communicates, particularly during disagreement. I am aware that true batterers use any one of these factors as excuses for their behavior, so more is needed than just an understanding of the context of these events. This is where the actions taken thus far by Mr. and Ms. Rose come in. Their effort to seek counseling and educational class work, without much prompting, and their willingness to begin opening up their lives to examination in front of strangers, and their belief that this all can be beneficial for themselves, their marriage, and their family, is laudatory and revealing.

The Rose marriage has a good foundation. I've observed both of them with their children and it appears the family also has a good foundation. These events, and their repercussions, certainly have their attention. Now is the most therapeutically powerful time for them to work together, with all the help that is in place, to examine and improve their lives.

I recommend Mr. Rose be allowed to return home as soon as possible, and that the couple be allowed to travel to these classes together unsupervised. This couple needs a chance to continue the work they have begun together. I also hope Mr. Rose can be able to begin working his way back to the job for which he was trained. Your chain of command and myself need to keep an unobtrusive eye on them, and as we do, I believe you will get back a good soldier and the community will get back a healthier family.

Thank you, Captain Ward, for your assistance. Please contact me whenever you feel the need. I will endeavor to keep you informed of the work we are doing.

Sincerely,

*[signature]*

Michael J. Magowan, LMFT
Licensed Marital and Family Therapist
907-452-6522

*Michael J. Magowan, L.M.F.T.*

Box 81611, Fairbanks, Alaska 99708   Counseling Services   (907) 452-6522

March 24.2006

To Whom It May Concern;

I have begun counseling Erik Rose and Jodi Rose on a regular basis. I recommend they be allowed to travel together and unsupervised to counseling appointments and classes, including communication and conflict management classes, in Fairbanks. I can be reached at 907-452-6522. Callers will most likely connect with my voice mail, but I will return your call as soon as I can.

Thank you for considering these remarks.

Sincerely;

*[signature]*
Michael J. Magowan, LMFT
Licensed Marital and Family Therapist

1 of 2 Originals

# Certificate Of Completion

Army Community Service
Family Advocacy Program

Fort Wainwright, Alaska

Eric Rose

Has successfully completed Enhancing Your Self-Esteem Class

April 17, 2006



Family Advocacy Program

# Certificate Of Completion

Army Community Service
Family Advocacy Program

Fort Wainwright, Alaska

Eric Rose

Has successfully completed Anger Management Class

April 17, 2006



Family Advocacy
Program

*Beck Dodse*
Prevention Education
Specialist

# Certificate Of Completion

Army Community Service
Family Advocacy Program

Fort Wainwright, Alaska

## Jodi Rose

Has successfully completed Enhancing Your Self-Esteem Class

April 17, 2006



Family Advocacy
Program

# Certificate Of Completion

Army Community Service
Family Advocacy Program

Fort Wainwright, Alaska

Eric Rose

Has successfully completed Stress Management Class

April 11, 2006



Family Advocacy
Program



Becky Doebe
Prevention Education
Specialist



# DEPARTMENT OF THE ARMY

## CERTIFICATE OF TRAINING

This is to certify that

*Eric Rose*

has successfully completed

*Stress Management*
*April 11, 2006*

Given at *Army Community Service*

*Becky Dodson*
*Prevention Education Specialist*

DA FORM 87, 1 OCT 78

# Certificate Of Completion

Army Community Service
Family Advocacy Program

Fort Wainwright, Alaska

Eric Rose

Has successfully completed Dealing With Conflict

April 10, 2006



Family Advocacy
Program

*Becky Dodse*
Prevention Education
Specialist



# DEPARTMENT OF THE ARMY

## CERTIFICATE OF TRAINING

This is to certify that

*Eric Rose*

has successfully completed

*Dealing With Conflict*
*April 10, 2006*

Given at *Army Community Service*     *Becky Dodson*
*Prevention Education Specialist*

DA FORM 87  1 OCT 78



# DEPARTMENT OF THE ARMY

## CERTIFICATE OF TRAINING

This is to certify that

*Eric Rose*

has successfully completed

*That's the ticket*

*March 21, 2006*

Given at *Army Community Service*    *Bill S. Dodge*
*Prevention Education Specialist*

# Certificate Of Completion

Army Community Service
Family Advocacy Program

Fort Wainwright, Alaska

Eric Rose

Has successfully completed That's the Ticket Parenting Class

March 21, 2006


Family Advocacy Program

*Betsy Dodson*
Prevention Education Specialist

# Certificate Of Completion

Army Community Service
Family Advocacy Program

Fort Wainwright, Alaska

Eric Rose

Has successfully completed Healthy Communications Class

March 22, 2006



Family Advocacy
Program

*Becky Dodson*
Prevention Education
Specialist



DEPARTMENT OF THE ARMY

CERTIFICATE OF TRAINING

This is to certify that

Eric Rose

has successfully completed

Healthy Communications

March 22, 2006

**DEPARTMENT OF THE ARMY**
Headquarters, US Army Medical Department Activity (Alaska)
**FORT WAINWRIGHT, ALASKA 99703-7400**

MCUC-CCC (600-85)

MEMORANDUM FOR: Commander, Ft Greeley          06-Mar-06

SUBJECT:
- [ ] EVALUATION REPORT FOR SUBSTANCE ABUSE
- [x] COMPLETION OF GROUP COUNSELING PORTION OF CARE
- [ ] RECOMMENDED CONTINUING CARE PLAN
- [ ] COMPLETION OF TREATMENT
- [ ] REFUSAL OF TREATMENT

REFERENCE: (A)    AR-600-85

ENCL: ( ) RETURN ENVELOPE
      ( ) DA 4466

1. E-4  Rose  Eric  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  was evaluated per reference (a) as a result of a referral from your command. This letter is provided for your information and appropriate action.

RESULTS OF THE EVALUATION INDICATE:
- [ ] No Substance Abuse indicated at this time
- [x] The need for a Rehabilitation Team Meeting regarding the above named member as quickly as possible.

2. RECOMMENDED TREATMENT PLAN:
- [ ] Unit Level Education with UADC
- [x] ADAPT (Two Day Education Program), which is scheduled for 13-Mar-06 and 14-Mar-06
- [x] Out-Patient treatment and follow-up (90 days to 360 Days) - To Include participation in ADAPT, and AA self-help Groups. The Out Patient treatment will begin directly after ADAPT.
- [ ] In-Patient Treatment. (365 days) - To include follow-up at the CCC and participation in AA self-help Groups)

3. Please contact Olen Hougen, Counselor at the Community Counseling Center, DSN 353-9872, to schedule a Rehabilitation Team Meeting.

Olen Hougen, Counselor       *signature*         06-Mar-06
Counselor's Signature:                           Date:

You are cautioned that "this information has been disclosed to you from records whose confidentiality is protected by Federal law. Federal Regulations (42 CFR, Para. 2) prohibit you from making any further disclosure of it without specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose."

(L-A)



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, U.S. ARMY GARRISON, ALASKA
1060 GAFFNEY ROAD #6000
FORT WAINWRIGHT, ALASKA  99703-6000

REPLY TO
ATTENTION OF:

# LETTER OF COMPLETION

SPC Eric Rose
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
49th MP BN

This certifies that the person listed above has successfully completed the Alcohol and Drug Abuse Prevention Training (ADAPT) course given at Fort Wainwright, Alaska, on 13 – 14 March 2006.

ADAPT is a two-day course providing education and information to prepare the participants to make healthy choices about their use of alcohol and other drugs.

Course subjects include: Overview of the Army ASAP, consequences of impaired drinking and strategies to avoid driving after drinking, dynamics of alcoholism and other chemical dependency, reducing the risks associated with alcohol and other drug use and an overiew of drugs of abuse.

ED BENEDICT
Prevention Coordinator
Army Substance Abuse Program

(907) 353-1373

United States v. Rose
Case No. 4:06-cr-0013-TWH

Exhibit A
Page 16 of 16