MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __ERIC T. ROSE__   CASE NO.__4:06-CR-00013-TWH__
Defendant:_X_ Present  __In Custody  __On Bond _X_ On Summons

BEFORE THE HONORABLE:_____TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER:_____CATHRINE CONKLIN_____

UNITED STATES' ATTORNEY:___ROBERT WARREN_____

DEFENDANT'S ATTORNEY:_____M.J. HADEN_____

U.S.P.O.:_____MARCI LUNDGREN_____

PROCEEDINGS: IMPOSITION OF SENTENCE   Held: August 30, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:34 p.m. court convened.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Sentence imposed as stated in the judgment.

At 2:51 p.m. court adjourned.

DATE:_August 31, 2006_____   DEPUTY CLERK'S INITIALS:_cc___