IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS.   ERIC T. ROSE

CASE NO:   4:06-CR-00013-(TWH)

---

Defendant   ERIC T. ROSE                              ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

_____Released to _____, the third party custodian(s)

_____Paid cash bail in the amount of _____ to the Clerk of Court

_____Posted unsecured bond in the amount of _____

_____Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

_____Surrendered passport to the Clerk of Court

  X   Other   In accordance with the sentence imposed as to Count 1 in this case, Defendant shall be released from custody on September 7, 2006

Dated at   Fairbanks   , Alaska this   30th   day of   August   , 20 06 .

**REDACTED SIGNATURE**

TERRANCE W. HALL
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 8/06)