PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska

RECEIVED
OCT 4 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

UNITED STATES OF AMERICA

v.   Case No.   4:06CR00013 (TWH)

ERIC T. ROSE

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on August 29, 2007. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

*[signature]* 9.21.2007

Toni M. Ostanik   Date
U.S. Probation/Pretrial Services
Officer

*[signature]*

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this ___4___ day of ___Oct___, 20_07_.

**REDACTED SIGNATURE**

Terrance W. Hall
U.S. Magistrate Judge